# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOSEPH EARL LUCAS, <br><br> Defendant. | CASE NO.: 2:23-cv-02813-MHW-CMV |

## JOINT MOTION FOR PROTECTIVE ORDER

Plaintiff and Defendant jointly move this Court for entry of the proposed Stipulated Confidentiality Agreement and Protective Order attached to this Motion as Exhibit A.

Respectfully submitted,

| | |
|---|---|
| KENNETH L. PARKER <br> United States Attorney | JOSEPH EARL LUCAS <br> Defendant |
| | |
| */s/Michael J.T. Downey* <br> MICHAEL J.T. DOWNEY <br> MATTHEW J. HORWITZ <br> Assistant United States Attorneys <br> United States Attorney's Office <br> Southern District of Ohio <br> 303 Marconi Boulevard, Suite 200 <br> Columbus, Ohio 43215 <br> Phone: (614) 469-5717 <br> Email: michael.downey@usdoj.gov <br><br> *Attorneys for Plaintiff* <br> *United States of America* | */s/ David H. Thomas* <br> DAVID H. THOMAS, Esq. <br> AMY D. VOGEL, Esq. <br> Taft Law Firm <br> 41 South High Street <br> Suite 1800 <br> Columbus, Ohio 43215 <br> Phone: (614) 334-6199 <br> Phone: (614) 334-7138 <br> Fax: (614) 221-2007 <br> Email: dthomas@taftlaw.com <br> Email: avogel@taftlaw.com <br><br> *Attorneys for Defendant* |