# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

  v.                                         **Civil Action 2:23-cv-2813**
                                                         **Judge Michael H. Watson**
**JOSEPH EARL LUCAS,** *et al.*,                 **Magistrate Judge Chelsey M. Vascura**

      **Defendants.**

## ORDER

      Defendants Jeremy and Joie Carr have filed their Initial Disclosures under Federal Rule of Civil Procedure 26(a)(1). (ECF Nos. 34–35.) The Court has not ordered Defendants to file these documents. Moreover, the parties have not utilized their initial disclosures in a court proceeding. The Court therefore **STRIKES** Defendants' filings and **ORDERS** them to cease filing discovery documents until they are used in a proceeding or the Court orders otherwise. *Cf.* Fed. R. Civ. P. 5(d)(1) ("[D]isclosures under Rule 26(a)(1) or (2) and the following discovery requests and responses must not be filed until they are used in the proceeding or the court orders filing: depositions, interrogatories, requests for documents or tangible things or to permit entry onto land, and requests for admission."). The Court notes, however, that striking these documents from the docket "does not prevent [them] from being effective." *Valente v. Univ. of Dayton*, No. 3:08-cv-225, 2009 WL 2132631, at *1 (S.D. Ohio, July 13, 2009).

      **IT IS SO ORDERED.**

                                                                /s/ *Chelsey M. Vascura*
                                                                CHELSEY M. VASCURA
                                                                UNITED STATES MAGISTRATE JUDGE