# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 2:23-CV-02813-MHW-CMV |
| | : | |
| Plaintiff, | : | Judge Michael H. Watson |
| | : | |
| v. | : | Magistrate Judge Chelsey M. Vascura |
| | : | |
| JOSEPH EARL LUCAS, et al. | : | |
| | : | |
| Defendants. | : | |

## ORDER GRANTING UNITED OHIO INSURANCE COMPANY'S MOTION TO INTERVENE

This Matter is before the Court on the Motion to Intervene filed by Intervenor United Ohio Insurance Company.

The Court having reviewed the Motion and Exhibits and finding that the intervenors have a substantial interest in the subject of the underlying lawsuit, finds the Motion to Intervene is well taken.

IT IS HEREBY ORDERED that United Ohio Insurance Company is granted leave to intervene. And United Ohio Insurance Company shall file its Intervening Complaint for Declaratory Judgment within 20 days of the entry of this Order.

_____
JUDGE/MAGISTRATE JUDGE

Open.P1545.P1545.33776276-1