# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.:  2:23-CV-2813 |
| Plaintiff, | |
| | JUDGE: Michael H. Watson |
| v. | |
| JOSEPH EARL LUCAS, et al., | MAGISTRATE JUDGE: Chelsey M. Vascura |
| Defendants. | |

## NOTICE OF APPEARANCE OF COUNSEL

Willistine Tarsha Harris, United States Department of Justice, Trial Attorney, hereby gives notice of her appearance as counsel for the United States of America.

Respectfully submitted,

*/s/ Willistine Tarsha Harris*
Willistine Tarsha Harris
United States Department of Justice
Civil Rights Division
Housing and Civil Enforcement Section
950 Pennsylvania Avenue, NW – 4CON
Washington, D.C.  20530
Phone:  202.305.5585
Fax:     202.514.1116
Email:  Willistine.Harris@usdoj.gov
*ATTORNEY TO BE NOTICED*