# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH EARL LUCAS, ET AL.,<br><br>Defendants. | CASE NO.: 2:23-cv-02813-MHW-CMV<br><br><br><br>STIPULATION AND ORDER REGARDING DISCOVERY |

## JOINT MOTION FOR ENTRY OF STIPULATION AND ORDER REGARDING DISCOVERY

Plaintiff United States and Defendants Joseph Earl Lucas, Jacob Bush, Emily Bush, Joie Carr, and Jeremy Carr jointly move this Court for entry of the proposed Stipulation and Order Regarding Discovery attached to this Motion as Exhibit A.

Respectfully Submitted,

| | |
|---|---|
| KENNETH L. PARKER<br>United States Attorney | JOSEPH EARL LUCAS<br>Defendant |
| */s/ Matthew J. Horwitz* | */s/ David H. Thomas* |
| MICHAEL J.T. DOWNEY<br>MATTHEW J. HORWITZ<br>Assistant United States Attorneys<br>United States Attorney's Office<br>Southern District of Ohio<br>303 Marconi Boulevard, Suite 200<br>Columbus, OH  43215<br>Phone: (614) 469-5717<br>Phone: (513) 684-6823<br>E-mail: michael.downey@usdoj.gov<br>E-mail: matthew.horwitz@usdoj.gov | DAVID H. THOMAS (0071492)<br>AMY D. VOGEL (0075169)<br>Taft Stettinius & Hollister LLP<br>41 South High Street, Suite 1800<br>Columbus, OH  43215<br>Phone: (614) 334-6199<br>Phone: (614) 334-7138<br>Fax: (614) 221-2007<br>E-mail: dthomas@taftlaw.com<br>E-mail: avogel@taftlaw.com<br><br>*Attorneys for Defendant Joseph Lucas* |

<div style="display: flex;">

<div style="width: 50%;">

KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division


CARRIE PAGNUCCO
Chief

*/s/ Lori K. Wagner*
TIMOTHY J. MORAN
Deputy Chief
ERIN MEEHAN RICHMOND
LORI K. WAGNER
WILLISTINE TARSHA HARRIS
Trial Attorneys
Housing and Civil Enforcement Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue, NW – 4CON
Washington, DC 20530
Phone: (202) 532-3906
Phone: (202) 598-9257
Phone: (202) 305-5585
Fax: (202) 514-1116
E-mail: erin.richmond@usdoj.gov
E-mail: lori.wagner@usdoj.gov
E-mail: willistine.harris@usdoj.gov

*Attorneys for Plaintiff*
*United States of America*

</div>

<div style="width: 50%;">

JACOB BUSH and EMILY BUSH
Defendants

*/s/ Sky Pettey*
SKY PETTEY (0072041)
ROBERT R. RITTENHOUSE (0079276)
Lavelle and Rittenhouse LLC
449 East State Street, First floor
Athens, OH 45701
Phone: (740) 593-3348
Fax: (740) 594-3343
E-mail: rusty@johnplavelle.com
E-mail: sky@johnplavelle.com

*Attorneys for Defendants*
*Jacob Bush and Emily Bush*


JOIE CARR and JEREMY CARR
Defendants

*/s/ Bruce A. Curry*
BRUCE A. CURRY (0052401)
LISA C. HAASE (0063403)
TRENT M. THACKER (0092058)
Curry Roby, LLC
30 Northwoods Boulevard, Suite 300
Columbus, OH 43235
Phone: (614) 430-8887
Fax: (614) 430-8890
E-mail: bcurry@curryroby.com
E-mail: lhaase@curryroby.com
E-mail: tthacker@curryroby.com

*/s/ John P. Lavelle*
JOHN P. LAVELLE (0002815)
Lavelle and Rittenhouse LLC
449 East State Street
Athens, OH 45701
Phone: (740) 593-3348
Fax: (740) 594-3343
E-mail: jlavelle@johnplavelle.com

*Attorneys for Defendants*
*Joie Carr and Jeremy Carr*

</div>

</div>

Dated: September 30, 2024