ATTACHMENT A

## ACKNOWLEDGMENT
## AND
## AGREEMENT TO BE BOUND

The undersigned hereby acknowledges that s/he has read the Confidentiality Agreement and Protective Order ("Protective Order") dated __12/20/23__ in the case captioned *United States v. Lucas*, Case No. 2:23-cv-02813-MHW-CMV (S.D. Ohio), and understands the terms thereof and agrees to be bound by its terms. The undersigned submits to the jurisdiction of the United States District Court for the Southern District of Ohio in matters relating to this Protective Order and understands that the terms of the Protective Order obligate him/her to use documents designated as containing Confidential Information in accordance with the Protective Order solely for the purposes of the above-captioned action, and not to disclose any such Confidential Information to any other person, firm, or concern, except in accordance with the provisions of the Protective Order.

The undersigned acknowledges that violation of the Protective Order may result in penalties for contempt of Court.

Name: Emily Bush

Job Title: _____

Employer: _____

Business Address: _____

_____

Date: 10/11/2024     Emily Bush
                     Signature