UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>v.<br><br>JOSEPH EARL LUCAS, et al.,<br><br>　　Defendants. | Case No.: 2:23-cv-02813-MHW-CMV<br><br>JUDGE MICHAEL H. WATSON |

**DEFENDANTS JOIE AND JEREMY CARR'S RESPONSE TO PLAINTIFF'S MOTION FOR AMENDED PROTECTIVE ORDER**

Now come Defendants Joie and Jeremy Carr, by and through counsel, and hereby advise the Court and all parties that they do not object to the Proposed Amended Protective Order attached as an exhibit to Plaintiff's Motion To Amend filed on August 4, 2025.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ Bruce A. Curry*
　　　　　　　　　　　　　　　　　　Bruce A. Curry (0052401)
　　　　　　　　　　　　　　　　　　Lisa C. Haase (0063403)
　　　　　　　　　　　　　　　　　　Trent M. Thacker (0092058)
　　　　　　　　　　　　　　　　　　CURRY ROBY, LLC
　　　　　　　　　　　　　　　　　　30 Northwoods Blvd., Ste. 300
　　　　　　　　　　　　　　　　　　Columbus, Ohio 43235
　　　　　　　　　　　　　　　　　　T: 614.430.8887 F: 614.430.8890
　　　　　　　　　　　　　　　　　　E: bcurry@curryroby.com
　　　　　　　　　　　　　　　　　　E: lhaase@curryroby.com
　　　　　　　　　　　　　　　　　　E: tthacker@curryroby.com

　　　　　　　　　　　　　　　　　　*Trial Attorneys for Defendants*
　　　　　　　　　　　　　　　　　　*Joie Carr and Jeremy Carr*

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was filed electronically and served via email and/or by the Clerk's electronic notice system upon the following on August 6, 2025.

Michael J.T. Downey, Esq.
Matthew J. Horwitz, Esq.
Assistant U.S. Attorneys
United States Attorney's Office
Southern District of Ohio
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Michael.downey@usdoj.gov
Matthew.Horwitz@usdoj.gov

Willistine Tarsha Harris, Esq.
Arielle R. L. Reid, Esq.
Housing and Civil Enforcement Section
Civil Rights Division
U.S. Department of Justice
150 M Street, NE, Suite 8.000
Washington, DC 20530
willistine.harris@usdoj.gov
arielle.reid@usdoj.gov

*Attorneys for Plaintiff*

David H Thomas, Esq.
Amy D. Vogel, Esq.
Taft Stettinius & Hollister LLP
41 South High Street, Suite 1800
Columbus, Ohio 43215
dthomas@taftlaw.com
avogel@taftlaw.com
*Attorneys for Defendant Joseph Earl Lucas*

Sky Pettey, Esq.
Lavelle and Associates
449 East State Street
Athens, Ohio 45701
sky@johnplavelle.com
*Attorney for Defendant Jacob Bush*

John P. Lavelle
LAVELLE AND ASSOCIATES
449 E. State Street
Athens, Ohio 45701
jlavelle@johnplavelle.com
*Attorneys for Defendants*
*Joie Carr and Jeremy Carr*

                                           */s/ Bruce A. Curry*
                                           Bruce A. Curry (0052401)