# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| Plaintiff, | : |
| | : Case No. 2:23-CV-2813 |
| v. | : |
| | : Judge Michael H. Watson |
| **JOSEPH E. LUCAS,** | : |
| | : Magistrate Judge Chelsey M. Vascura |
| Defendant. | : |

## MOTION FOR APPOINTMENT OF GUARDIAN AD LITEM

The undersigned counsel hereby moves the Court pursuant to Fed.R. Civ. P 17(c)(2) for an order appointing a guardian *ad litem* for Joseph Lucas in this case. As the undersigned has previously advised Magistrate Judge Chelsey M. Vascura, Mr. Lucas has diminished capacity and needs a representative in this case. A supporting memorandum follows.

**RESPECTFULLY SUBMITTED**,

/s/ DAVID H. THOMAS
David H. Thomas, Trial Attorney (0071492)
Amy D. Vogel (0075169)
TAFT STETTINIUS & HOLLISTER LLP
41 S. High Street, Suite 1800
Columbus, Ohio 43215-4213
Phone: (614) 221-2838
Fax: (614) 221-2007
dthomas@taftlaw.com
avogel@taftlaw.com

131960063v1

**MEMORANDUM**

Defendant Joseph Lucas, who resides in West Virginia, is an individual believed to have diminished capacity as a result of dementia. Recently, Mr. Lucas has been diagnosed with dementia and a forensic neuropsychologist has opined that he is unable to effectively participate in legal proceedings.[1] Accordingly, he cannot represent his interests as a party here and for that reason, the undersigned request the Court to appoint a guardian ad litem in this litigation for his protection.

Pursuant to Fed. R. Civ. P 17(c)(2), "[t]he court must appoint a guardian ad litem—or issue another appropriate order—to protect a minor or incompetent person who is unrepresented." See *Lindsly v. Worley*, 2008 WL 2388116 (S.D. Ohio, at *2 )(goals of serving justice to parties and allowing cases to proceed properly served by appointment pursuant to Rule 17); *Adams v. Adient US LLC*, 2025 WL 1336884, *5 (W.D. Tenn. 2025) (granting unopposed motion to appoint guardian ad litem and to substitute as party pursuant to Rule 17 where party suffered from memory loss and confusion, and was unable to make decisions for herself). "In the context of civil suits, courts have emphasized that the relevant inquiry is whether the litigant is mentally competent to understand the nature and effect of the litigation." *Andrews v. City of Cleveland*, N.D.Ohio No. 1:22-cv-00250, 2022 U.S. Dist. LEXIS 98016, at *2-3 (June 1, 2022) (cleaned up). Furthermore, the capacity to be sued must be determined by the law of the person's domicile. *Id*.

West Virginia courts have held: "[C]ourts should 'appoint guardians ad litem for parties litigant when reasonably convinced that a party litigant is not competent,

---

[1] Mr. Lucas's pertinent medical records are currently the subject of Mr. Lucas's Motion to Seal.

2

understandingly and intelligently, to comprehend the significance of legal proceedings and the effect and relationship of such proceedings in terms of the best interests of such party litigant.'" *State ex rel. McMahon v. Hamilton*, 198 W.Va. 575, 583, 482 S.E.2d 192 (1996) (quoting *Buckler v. Buckler*, 195 W. Va. 705, 708, 466 S.E.2d 556, 559 (1995)).

In this case, Mr. Lucas's clinical record and neuropsychological evaluation clearly establish that he is incompetent and a guardian ad litem is needed. A board-certified forensic neuropsychologist has evaluated Mr. Lucas and found that he suffers from dementia, likely Alzheimer's disease.

Accordingly, he cannot represent his interests as a party here and for that reason, the undersigned request the Court to appoint a guardian ad litem in this litigation for Mr. Lucas's protection.

**RESPECTFULLY SUBMITTED**,

/s/ DAVID H. THOMAS
David H. Thomas, Trial Attorney (0071492)
Amy D. Vogel (0075169)
TAFT STETTINIUS & HOLLISTER LLP
41 S. High Street, Suite 1800
Columbus, Ohio 43215-4213
Phone: (614) 221-2838
Fax: (614) 221-2007
dthomas@taftlaw.com
avogel@taftlaw.com

**CERTIFICATE OF SERVICE**

I certify that on September 3, 2025, I electronically filed the foregoing with the Clerk of Court by using the Court's CM/ECF system, which will send a notice of this electronic filing to all parties and counsel of record.

/s/ DAVID H. THOMAS
David H. Thomas