UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

v.                                              Civil Action 2:23-cv-2813
                                                           Judge Michael H. Watson
**JOSEPH EARL LUCAS,** *et al.***,**               Magistrate Judge Chelsey M. Vascura

      **Defendants.**

## ORDER

The mediator reported on September 19, 2025, that certain parties have reached a settlement in principle. Plaintiff and the Carr and Bush Defendants are **ORDERED** to file a joint written **REPORT** detailing the status of this case **ON OR BEFORE DECEMBER 15, 2025**, unless they have filed a joint motion to drop the Carr and Bush Defendants as parties under Federal Rule of Civil Procedure 21 in the interim.

      **IT IS SO ORDERED.**

                                                     /s/ *Chelsey M. Vascura*
                                                     CHELSEY M. VASCURA
                                                     UNITED STATES MAGISTRATE JUDGE