UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

v.                                           Civil Action 2:23-cv-2813
                                                Judge Michael H. Watson
**JOSEPH EARL LUCAS,** *et al.*,           Magistrate Judge Chelsey M. Vascura

      **Defendants.**

## ORDER

This matter is before the Court on the parties' Joint Motion to Stay the Case until December 15, 2025 (ECF No. 74). Therein, all parties request that the Court stay all proceedings until December 15, 2025, except those related to the pending motion for appointment of a guardian ad litem for Defendant Joseph Lucas (ECF No. 68), to allow the parties to finalize their provisional settlement. For good cause shown, the Motion (ECF No. 74) is **GRANTED**. All proceedings in this case are **STAYED**, apart from those related to the pending motion for appointment of a guardian ad litem for Defendant Joseph Lucas (ECF No. 68), are **STAYED** through December 15, 2025. The parties are **ORDERED** to file a joint written **REPORT** detailing the status of this case **ON OR BEFORE DECEMBER 15, 2025**.

      **IT IS SO ORDERED.**

                                                              */s/ Chelsey M. Vascura*
                                                              CHELSEY M. VASCURA
                                                              UNITED STATES MAGISTRATE JUDGE