UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH EARL LUCAS, ET AL.,<br><br>Defendants. | CASE NO.: 2:23-cv-02813-MHW-CMV |

**JOINT STATUS REPORT**

On September 19, 2025, the Court appointed mediator reported that a settlement in principle had been reached between Plaintiff United States of America, Jacob and Emily Bush (the Bush Defendants), and Jeremy and Joie Carr (the Carr Defendants). On September 22, 2025, this Court ordered Plaintiff and the Bush and Carr Defendants to file a joint report "detailing the status of this case" by December 15, 2025, "unless they have filed a joint motion to drop the Carr and Bush Defendants as parties . . . in the interim." ECF No. 73.

In light of this Order, the United States and the Bush and Carr Defendants state as follows:

1. Finalization of the settlement agreement between the United States and the Bush and Carr Defendants has been delayed due to furloughs of government attorneys and staff during the lapse in federal appropriations from October 1 to November 12, 2025.

2. On December 9, 2025, counsel for the United States sent execution copies of the final approved settlement agreement to counsel for the Bush and Carr Defendants.

3. The parties anticipate that the Bush and Carr Defendants will execute the settlement agreement in the next few days, but they have not yet done so as of the date of this joint status report.

4. Once the settlement agreement has been fully executed, the United States and the Bush and Carr Defendants anticipate filing a joint motion to drop the Bush and Carr Defendants from this lawsuit shortly thereafter.

Respectfully submitted,

*For the United States of America*

DOMINICK S. GERACE II
United States Attorney


*/s/Michael J.T. Downey*
MICHAEL J.T. DOWNEY
MATTHEW J. HORWITZ
Assistant United States Attorneys
United States Attorney's Office
Southern District of Ohio
303 Marconi Boulevard, Suite 200
Columbus, OH 43215
Phone: (614) 469-5717
Email: michael.downey@usdoj.gov

*Attorneys for Plaintiff
United States of America*


*For Defendants*

| | |
|---|---|
| */s/ Sky Pettey* | */s/ Bruce A. Curry* |
| SKY PETTEY (0072041) | BRUCE A. CURRY (0052401) |
| ROBERT R. RITTENHOUSE (0079276) | LISA C. HAASE (0063403) |
| Lavelle and Rittenhouse, LLC | TRENT M. THACKER (0092058) |
| 449 E. State Street | Curry Roby, LLC |
| Athens, OH 45701 | 30 Northwoods Blvd., Suite 300 |
| Phone: (740) 593-3348 | Columbus, OH 43235 |
| Fax: (740) 594-3343 | Phone: (614) 430-8887 |
| rusty@johnplavelle.com | Fax: (614) 430-8890 |
| sky@johnplavelle.com | Email: bcurry@curryroby.com |
| | Email: lhaase@curryroby.com |
| *Attorneys for Defendants Jacob Bush and Emily Bush* | Email: tthacker@curryroby.com |
| | *Attorneys for Defendants Jeremy Carr and Joie Carr* |