# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>  Plaintiff,<br>v.<br><br>**JOSEPH EARL LUCAS**, *et al.*,<br><br>  Defendants. | **CASE NO.: 2:23-CV-02813-MHW-CMV**<br><br>**Judge Michael H. Watson**<br><br>**Magistrate Judge Chelsey M. Vascura** |

## NOTICE OF SUGGESTED GUARDIAN AD LITEM

Pursuant to the Court's December 5, 2025 Order (ECF No. 76) conditionally granting his Motion to Appoint a Guardian ad Litem, Defendant Joseph Earl Lucas ("Defendant"), hereby proposes his granddaughter, Dr. Jennifer Bush, to act as his guardian in this matter.

Dr. Bush graduated from Ohio University in 2004. She presently owns her own chiropractic clinic in Arizona. She is aware the position may be unpaid. She is willing and able to serve as Mr. Lucas's guardian *ad litem* in this matter.

**RESPECTFULLY SUBMITTED**,

*/s/ David H. Thomas*

David H. Thomas, Trial Attorney (0071492)
Amy D. Vogel (0075169)
TAFT STETTINIUS & HOLLISTER LLP
41 S. High Street, Suite 1800
Columbus, Ohio 43215-4213
Phone: (614) 221-2838
Fax: (614) 221-2007
dthomas@taftlaw.com
avogel@taftlaw.com

*Attorneys for Defendant Joseph E. Lucas*

## CERTIFICATE OF SERVICE

I certify that on December 19, 2025, I served the foregoing on all counsel of record via the Court's electronic filing system.

/s/ *David H. Thomas*
David H. Thomas

196829437v1