UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

  v.                                  Civil Action 2:23-cv-2813
                                       Judge Micael H. Watson
JOSEPH EARL LUCAS, *et al.*,       Magistrate Judge Chelsey M. Vascura

      Defendants.

## ORDER

On December 15, 2025, the parties filed a Joint Status Report indicating that Plaintiff had reached a settlement with Jacob and Emily Bush ("the Bush Defendants") and Jeremy and Joie Carr ("the Carr Defendants"). (ECF No. 77.) In that Joint Status Report, the parties also sought additional time to file a motion to drop the Bush and Carr Defendants from this action. (*Id.*) Consequently, the Court allowed the parties until January 5, 2026, to file either a motion drop those Defendants or another written report detailing the status of this matter. (ECF No. 78.) To date, however, the parties have not filed a motion to drop or an updated status report.

Accordingly, the parties are **ORDERED to file a joint written report** detailing the status of this case **within next seven days**, unless they have filed a motion seeking to dismiss the Bush and Carr Defendants in the interim.

      **IT IS SO ORDERED.**

                                                          /s/ *Chelsey M. Vascura*
                                                          CHELSEY M. VASCURA
                                                          UNITED STATES MAGISTRATE JUDGE