UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH EARL LUCAS, ET AL.,<br><br>Defendants. | CASE NO.: 2:23-cv-02813-MHW-CMV |

## JOINT STATUS REPORT

On January 12, 2026, the Court directed the parties to file a joint status report within seven days "unless they have filed a joint motion seeking to dismiss the Bush and Carr Defendants in the interim." ECF No. 81. Accordingly, Plaintiff United States of America, Jacob and Emily Bush (the Bush Defendants), and Jeremy and Joie Carr (the Carr Defendants) state as follows:

1. The settlement agreement between the United States and the Bush and Carr Defendants (the "Agreement") was executed on December 18, 2025.

2. Pursuant to the Agreement, the claims against the Bush and Carr Defendants shall be dismissed with prejudice "[o]nce the Bushes and the Carrs have all fulfilled their obligations under this Agreement." Agreement ¶ 14.

3. As of the date of this report, the Bush and Carr Defendants' remaining obligations under the Agreement include:

    a. Delivering to the United States checks payable from the Defendants' escrow account to the Aggrieved Persons in amounts specified by the United States. The United States anticipates receiving the settlement checks by January 26, 2026. Agreement ¶ 9.

    b. Certifying the adoption of a Nondiscrimination Policy and Complaint

    Procedure and distribution of same to all tenants. On January 14, the United States sent proposed revisions to the Bush and Carr Defendants' proposed Nondiscrimination Policy and Complaint Procedure. On January 20, the Carr Defendants submitted their revised policy to the United States. The United States anticipates sending its non-objection (or proposed revisions) within a week of receiving the revised Nondiscrimination Policy and Complaint Procedure from the Bush and Carr Defendants. Once the United States issues its non-objections, the Bush and Carr Defendants will have fourteen (14) days to adopt and distribute their Nondiscrimination Policy and Complaint Procedures, and then a further fourteen (14) days to certify that they have done so. Agreement ¶ 12.

    c. Certifying completion of live Fair Housing Act training. On December 16, 2025, the United States provided its non-objection to the two trainings proposed by the Bush and Carr Defendants. The Carr Defendants are scheduled for training on January 21, and the Bush Defendants anticipate scheduling their training soon. Once they have completed these trainings the Bush and Carr Defendants will have seven (7) days to certify such completion to the United States. Agreement ¶ 13.

4. Based on the Agreement deadlines summarized above, the Parties anticipate that the Bush and Carr Defendants will complete their remaining obligations under the agreement on or before March 4, 2026.

5. Once these obligations are complete, the United States and the Bush and Carr Defendants anticipate filing a joint motion to dismiss the Bush and Carr Defendants from this lawsuit shortly thereafter.

6. Separately, now that Defendant Lucas's granddaughter, Dr. Jennifer Bush, was appointed as his *guardian ad litem* on January 12, 2026 (ECF No. 80), the United States anticipates opening settlement negotiations this month with counsel for Defendant Lucas and his guardian.

Respectfully submitted,

**For the United States of America**

VIPAL J. PATEL
First Assistant United States Attorney
Attorney for the United States, Acting under Authority Conferred by 28 U.S.C. § 515

/s/Michael J.T. Downey
MICHAEL J.T. DOWNEY
MATTHEW J. HORWITZ
Assistant United States Attorneys
United States Attorney's Office
Southern District of Ohio
303 Marconi Boulevard, Suite 200
Columbus, OH 43215
Phone: (614) 469-5717
Email: michael.downey@usdoj.gov

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

/s/ Willistine Tarsha Harris
CARRIE PAGNUCCO
Chief
TIMOTHY J. MORAN
Deputy Chief
WILLISTINE TARSHA HARRIS
Trial Attorney
Housing and Civil Enforcement Section
Civil Rights Division
U.S. Department of Justice
150 M Street, NE
Washington, DC 20530
Phone: (202) 305-5585
Fax: (202) 514-1116
Email: willistine.harris@usdoj.gov

*Attorneys for Plaintiff
United States of America*

**For Defendants**

/s/ Sky Pettey
SKY PETTEY (0072041)
ROBERT R. RITTENHOUSE (0079276)
Lavelle and Rittenhouse, LLC
449 E. State Street
Athens, OH 45701
Phone: (740) 593-3348
Fax: (740) 594-3343
rusty@johnplavelle.com
sky@johnplavelle.com

*Attorneys for Defendants Jacob Bush and Emily Bush*

/s/ Bruce A. Curry
BRUCE A. CURRY (0052401)
LISA C. HAASE (0063403)
TRENT M. THACKER (0092058)
Curry Roby, LLC
30 Northwoods Blvd., Suite 300
Columbus, OH 43235
Phone: (614) 430-8887
Fax: (614) 430-8890
Email: bcurry@curryroby.com
Email: lhaase@curryroby.com
Email: tthacker@curryroby.com

*Attorneys for Defendants Jeremy Carr and Joie Carr*