UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**United States of America,**

    **Plaintiff,**

    **v.**

**Joseph Earl Lucas, *et al.*,**

    **Defendants.**

Case No. 2:23-cv-2813

Judge Michael H. Watson

Magistrate Judge Vascura

## ORDER

In January 2026, the Court appointed Dr. Jennifer Bush to serve as guardian ad litem for Joseph Earl Lucas ("Defendant"). ECF No. 80. Defendant now moves to substitute Dr. Bush, in her capacity as guardian ad litem, for Defendant in this case pursuant to Federal Rule of Civil Procedure 25(b). ECF No. 84. No party has objected to Defendant's request, and the deadline to do so has passed.[1]

Rule 25(b) provides that "[i]f a party becomes incompetent, the court may, on motion, permit the action to be continued by or against the party's representative." Here, the Court found (upon review of verifiable medical evidence) that Defendant suffers from significant cognitive impairments that

---

[1] *See also* ECF No. 80 at PAGEID # 586 ("[I]t does not appear that any other party opposes Dr. Bush's service."); *id.* at PAGEID # 586 n.1 ("Although the Court does not believe that a hearing is necessary in this matter, the Court ordered the parties to file a notice if they disagreed with that position. As of the date of this Order, no party has filed such a notice or otherwise indicated any desire for a hearing." (citation omitted)).

render him legally incompetent. ECF No. 76 (sealed); *see also, e.g., Heiney v. Corr. Sols. Grp., LLC*, No. 4:22-CV-2232, 2024 WL 1655761, at *3 (N.D. Ohio Apr. 17, 2024) (granting Rule 25(b) motion to substitute after defendant found incompetent and appointed guardian). The Court further recognized that a guardian ad litem's ability to speak on Defendant's behalf will allow this litigation to progress while also protecting Defendant's interests. ECF No. 76 (sealed).

Accordingly, the Court **GRANTS** Defendant's motion to substitute, and Dr. Bush is hereby **SUBSTITUTED** for Defendant in this case. The Clerk shall ensure that the docket reflects this substitution.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**