UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH EARL LUCAS, ET AL.,<br><br>Defendants. | CASE NO.: 2:23-cv-02813-MHW-CMV |

## JOINT MOTION TO DISMISS DEFENDANTS JACOB BUSH, EMILY BUSH, JEREMY CARR, AND JOIE CARR WITH PREJUDICE

On December 18, 2025, Plaintiff United States of America executed a settlement agreement with Defendants Jacob Bush, Emily Bush, Jeremy Carr, and Joie Carr (collectively the Settling Parties). Pursuant to that settlement agreement, the Settling Parties move to dismiss Defendants Jacob Bush, Emily Bush, Jeremy Carr, and Joie Carr from this case *with prejudice* under Fed R. Civ. P. 21.

Respectfully submitted,

*For the United States of America*

VIPAL J. PATEL
First Assistant United States Attorney
Attorney for the United States, Acting under
Authority Conferred by 28 U.S.C. § 515

*/s/Michael J.T. Downey*
MICHAEL J.T. DOWNEY
MATTHEW J. HORWITZ
Assistant United States Attorneys
United States Attorney's Office
Southern District of Ohio
303 Marconi Boulevard, Suite 200
Columbus, OH 43215
Phone: (614) 469-5717
Email: michael.downey@usdoj.gov

*Attorneys for Plaintiff United States*

*For Defendants*

| | |
|---|---|
| */s/ Sky Pettey* <br> SKY PETTEY (0072041) <br> ROBERT R. RITTENHOUSE (0079276) <br> Lavelle and Rittenhouse, LLC <br> 449 E. State Street <br> Athens, OH 45701 <br> Phone: (740) 593-3348 <br> Fax: (740) 594-3343 <br> rusty@johnplavelle.com <br> sky@johnplavelle.com <br><br> *Attorneys for Defendants Jacob Bush and Emily Bush* | */s/ Bruce A. Curry* <br> BRUCE A. CURRY (0052401) <br> LISA C. HAASE (0063403) <br> TRENT M. THACKER (0092058) <br> Curry Roby, LLC <br> 30 Northwoods Blvd., Suite 300 <br> Columbus, OH 43235 <br> Phone: (614) 430-8887 <br> Fax: (614) 430-8890 <br> Email: bcurry@curryroby.com <br> Email: lhaase@curryroby.com <br> Email: tthacker@curryroby.com <br><br> *Attorneys for Defendants Jeremy Carr and Joie Carr* |