**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CASE NO.:  2:23-cv-02813-MHW-CMV |
| v. | |
| DR. JENNIFER BUSH, *in her capacity as guardian for* JOSEPH EARL LUCAS, | |
| Defendant. | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

On March 19, 2026, Plaintiff United States of America executed a settlement agreement with Defendant Dr. Jennifer Bush, in her capacity as *guardian ad litem* for Joseph Earl Lucas. Pursuant to that settlement agreement, all remaining[1] parties to this lawsuit stipulate and agree to dismissal of this action *with prejudice* under Fed R. Civ. P. 41(a)(1)(A)(ii).

Respectfully submitted,

*For the United States of America*

VIPAL J. PATEL
First Assistant United States Attorney
Attorney for the United States, Acting under
Authority Conferred by 28 U.S.C. § 515

*/s/Michael J.T. Downey*
MICHAEL J.T. DOWNEY
MATTHEW J. HORWITZ
Assistant United States Attorneys
United States Attorney's Office
Southern District of Ohio
303 Marconi Boulevard, Suite 200
Columbus, OH 43215
Phone: (614) 469-5717
Email: michael.downey@usdoj.gov

*Attorneys for Plaintiff*

*For Defendant*

*/s/ David H. Thomas*
David H. Thomas, Trial Attorney (0071492)
Amy D. Vogel (0075169)
TAFT STETTINIUS & HOLLISTER LLP
41 S. High Street, Suite 1800
Columbus, OH 43215
Phone: (614) 221-2838
Fax: (614) 221-2007
Email:  dthomas@taftlaw.com
Email:  avogel@taftlaw.com

*Attorneys for Defendant*

---

[1] All other parties to this case have already been dismissed. *See* ECF No. 88.